IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUZ ESTRADA,

      Appellant,

 v.

PUBLIX SUPER MARKETS, INC.,

      Appellee.

_____/

Case No.  5D21-1765
LT Case No. 2020-10226-CIDL

Decision filed July 19, 2022

Appeal from the Circuit Court
for Volusia County,
Randell H. Rowe, III, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellant.

Diane G. Dewolf and Katherine E.
Giddings, of Akerman LLP,
Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, HARRIS and NARDELLA, JJ., concur.